IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
AUG 0 7 2017
Clerk, U S District Court
District Of Montana
Missoula

In the Matter of the Search of:

Accounts of Facebook user name:
http://www.facebook.com/sandor.nik

MJ-17-37-M-JCL

ORDER

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 7th day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge